1    WO

6                    **IN THE UNITED STATES DISTRICT COURT**

7                      **FOR THE DISTRICT OF ARIZONA**

9    United States of America,                 No. CR-09-50111-001-PCT-GMS

10                   Plaintiff,                 **ORDER**

11   v.

12   Travis Stanley,

13                   Defendant.

15          The defendant appeared in court with counsel. The defendant's probable cause

16   hearing was waived and the detention hearing was held on the record including a proffer

17   by defense counsel.  The Court finds probable cause to believe the defendant violated the

18   terms of his supervised release as alleged in the petition.  The Court further finds,

19   pursuant to Rule 32.1(a)(6), that defendant has failed to show by clear and convincing

20   evidence that he is not a danger.

21          IT IS HEREBY ORDERED that the defendant shall be bound over for further

22   proceedings on the petition to revoke his supervised release.

23          IT IS FURTHER ORDERED that the defendant is detained as a danger, pending

24   further revocation proceedings.

25          Dated this 25th day of October, 2018.

27   _____
     Honorable Bernardo P. Velasco
     United States Magistrate Judge